UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS JOSE CRUZ PENA,

                Plaintiff,

-against-

GERARDO ENRIQUE AGUERO AND
MIA TRUCKING, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/02/2024_

24 Civ. 9039 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants have filed a notice of removal in the above-captioned action. ECF No. 1. By **December 16, 2024**, Plaintiff shall inform the Court whether he intends to contest removal. If so, the Court will set a briefing schedule. If not, the action will proceed in the ordinary course.

    Defendants are directed to serve a copy of this order on Plaintiff and file proof of such service on the docket by **December 6, 2024**.

    SO ORDERED.

Dated: December 2, 2024
       New York, New York

ANALISA TORRES
United States District Judge