```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CARLOS JOSE CRUZ PENA,

                Plaintiff,

-against-

GERARDO ENRIQUE AGUERO AND
MIA TRUCKING, LLC,

                Defendants.

24 Civ. 9039 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 15, 2025, the Court directed the parties to file a joint letter and proposed case management plan by February 3, 2025. ECF No. 9. Those submissions are now overdue. Additionally, Plaintiff has not appeared in this matter, which has been pending before the Court since November 26, 2024.

    Accordingly, by **February 18, 2025**, the parties shall file their joint letter and proposed case management plan. Plaintiff is advised that failure to comply with the Court's orders or prosecute this matter may result in dismissal.

    By **February 7, 2025**, Defendants shall serve Plaintiff with a copy of this order and file proof of such service on the docket.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                                          ANALISA TORRES
                                                United States District Judge